IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE POPE, #118 023, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:09cv106-TMH |
| | ) |
| STEVE McGILL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

The Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #3) of the Magistrate Judge is ADOPTED. This matter is DISMISSED without prejudice because the document docketed as Plaintiff's complaint in this case is actually an amendment of Plaintiff's 42 U.S.C. § 1983 complaint in the separate pending case of *Pope v. Ala Bd. Of Pardons and Paroles, et al.*, Civil Action No. 2:09-CV-12-TMH. An appropriate judgment will be entered.

Done this 9th day of March, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE